# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                   CASE NO. 3:97CR17/RV

SHAWN LAKIEA GETTIS

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   March 9, 2009

Motion/Pleadings:   Motion to Reduce Sentence and Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (c)(2)

Filed by   Defendant       on 3/12/2008 and       Doc.#   35 and 41
                                          3/02/2009

RESPONSES:

United States       on 3/19/2008       Doc.#   37
United States       on 3/06/2009       Doc.#   42/43

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  18th   day of    June   , 2009, that:*

*(a) The relief requested is DENIED.*
*(b) See separate order. (AO247)*

                                                 /s/ *Roger Vinson*
                                                 *ROGER VINSON*
                             *Senior United States District Judge*